WR-77,246-11

77,246-11

FROM: DRAKE L. WILLIS                           DATE: 10-31-2015

BN# 15057233

NORTH SE 09

P.O. BOX 660334

DALLAS, TEXAS 75266-0334

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk

TO: THE HON., ABEL ACOSTA, CLERK

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

RE: FOR TRUE COPIES OF APRIL 04,2013 WRIT, DECEMBER
08,2011 WRIT AND RESPONDENTS MAY 02,2013 NOTICE.

DEAR ABEL ACOSTA, CLERK;
I'VE BEEN BENCH WARRANT AND IN THE PROCESS I'VE NOT
BEEN ALLOWED TO KEEP REQUESTED DOCUMENTS UPON TRANS-
PORT. I'M VERY MUCH STILL INDIGENT AND CANNOT AFFORD
THE PAYMENT OF THESE DOCUMENTS REQUESTED. I'VE ASKED
MY ATTORNEY TO GET COPIES BUT I DON'T KNOW IF SHE
WILL DO SO FROM THIS COURTS CLERK. THE DOCUMENTS
ARE VERY MUCH NEEDED AT THE PROCEEDINGS BY THE
TRIAL COURT AS EVIDENCE. PLEASE, IF YOU CAN, SEND
REQUESTED DOCUMENTS. YOUR PROMPT REPLY IS VERY MUCH
APPRECIATED.

                                        SINCERELY

PS. PLEASE INCLUDE ALL
ATTACHMENTS TO BOTH.
WRIT'S IF ANY.
        THANKS AGAIN.